

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW  
F. #2019R01131

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 11, 2021

By ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Anthony Rodriguez
           Criminal Case No. 19-460 (DLI)

Dear Judge Irizarry:

      The government writes to respectfully advise the Court that the government does not object to the defendant's application for pre-trial release, as set forth in his letter to the Court dated January 8, 2021.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/ Andrew Wang
      Andrew Wang
      Assistant U.S. Attorney
      (718) 254-6311

cc:   Kannan Sundaram, Esq. (by email)
      Tamara Giwa, Esq. (by email)